UNITED STATES of America ex rel. Demetrius PHILIPPIDES or Dimitrios Filipides, Relator-Appellant, v. Benjamin M. DAY, Commissioner of Immigration, Port of New York, Respondent-Appellee.

No. 232.

Circuit Court of Appeals, Second Circuit.
Feb. 3, 1930.

Thomas A. Kane, of New York City, for appellant.

Charles H. Tuttle, U. S. Atty., of New York City (Leon E. Spencer, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before SWAN, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM. The relator is an alien seaman, who arrived at the port of New York in September, 1925, as a member of the crew of a steamship. He deserted his ship, and ever since has remained here, working as an employee in a restaurant. More than three years after desertion he was arrested on a warrant charging him with remaining in the United States for a longer time than permitted by the Immigration Act of 1924 (43 Stat. 153), or the regulations prescribed thereunder. After a hearing at Ellis Island, he was ordered to be deported to Greece, whence he had come.

The relator contends that his deportation is governed by section 34 of the Immigration Act of 1917 (39 Stat. 896 [8 USCA § 166]). The Commissioner of Immigration claims that section 14 of the Immigration Act of 1924 (43 Stat. 162 [8 USCA § 214]) controls. The same contentions were made in United States ex rel. Piccolella v. Commissioner (decided December 2, 1929, C. C. A. 2) 36 F.(2d) 1022, where the facts were in all respects similar.

On the authority of that case, the order is affirmed.

J. S. UPSHAW, Appellant, v. WESTERN UNION TELEGRAPH COMPANY, a Corporation, Appellee.

No. 5741.

Circuit Court of Appeals, Fifth Circuit.
Jan. 30, 1930.

Emett C. Choate, of Miami, Fla., for appellant.

J. Julien Southerland, of Miami, Fla. (Francis R. Stark, of New York City, on the brief), for appellee.

Before BRYAN and FOSTER, Circuit Judges, and GRUBB, District Judge.

PER CURIAM.

The judgment in the above numbered and entitled cause is affirmed.

Arthur E. WALRADT, as Trustee, etc., Plaintiff-Appellee, v. Herman BERKOVITZ and Simon Spiegel, Individually, etc., Defendants-Appellants.

SAME, Plaintiff-Appellee, v. Morris ROSENBERG and Alexander Katz, Individually, etc., Defendants-Appellants.

Nos. 257, 258.

Circuit Court of Appeals, Second Circuit.
Feb. 14, 1930.

David Steckler, of New York City (Edmund B. Hennefeld, of New York City, on the brief), for appellants.

David Haar, of New York City, for appellee.

Before L. HAND, SWAN, and MACK, Circuit Judges.

PER CURIAM.

Decrees affirmed in open court.